FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 19, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:25-CR-00158-RLP-1 |
| Plaintiff, | ORDER MODIFYING CONDITIONS OF RELEASE |
| v. | |
| TIMOTHY DEAN CONSTANTINE, JR, | **MOTION GRANTED** (ECF No. 41) |
| Defendant. | |

Before the Court is Defendant TIMOTHY DEAN CONSTANTINE, JR's Expedited Motion to Modify conditions 23 and 24 of Pretrial Release. **ECF No. 41**. The United States does not oppose the motion. Based on the United States' affirmative non-opposition to Defendant's Motion, the Court grants the Motion.

**IT IS ORDERED:**

1.    Defendant's Motion to Modify Release Conditions, **ECF No. 41**, is **GRANTED.**

2.    Condition of Release 23 contained in the Order Denying Appeal of Detention Order, ECF No. 33, is modified as follows:

  a. Defendant shall not directly or indirectly use, possess, or have access to any digital devices that are capable of accessing the internet through private or public networks at their residence, place of employment, or any other location at any time without prior approval of Pretrial Services, with the exception of attorney-client meetings. At the direction of the Defendant's attorney, he may

ORDER - 1

meet with defense team members via Zoom or Teams video conferencing. Such meetings will be scheduled through the Defendant's mother, Jenny Constantine, who will set up her personal password protected digital device (tablet, laptop, or computer) and connect to the meeting. She will then leave the room to allow for a confidential meeting. When the meeting concludes, a member of the defense team will advise Jenny Constantine via text, and she will immediately retrieve her digital device. Digital devices are any electronic system or device that can access, view, obtain, store or transmit digital data.

3.    Condition of Release 24 contained in the Order Denying Appeal of Detention Order, ECF No. 33, is modified as follows:

a. The defendant shall comply with the requirements of the U.S. Probation and Pretrial Services Computer Monitoring Program as directed. The defendant shall consent to the U.S. Probation and Pretrial Services Office conducting ongoing monitoring of his computer(s), hardware, and software, and any/all electronic devices/media. The monitoring will include the installation, at the defendant's expense, of hardware or software systems that allow evaluation of his computer use. Monitoring may also include retrieval and copying of all data from his computer(s) or any/all other electronic devices/media. The defendant may be subject to quarterly polygraph testing at his expense, solely to ensure compliance with the requirements of the monitoring program. The defendant hereby consents to U.S. Probation and Pretrial Services' use of electronic detection devices to evaluate the defendant's access to Wi-Fi (wireless fidelity) connections. U.S. Probation

ORDER - 2

shall not monitor any meetings between the Defendant and his defense team.

4.    All other terms and conditions of release set forth in ECF No. 33 shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED March 19, 2026.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 3